# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TOM C. MILLER

VERSUS

JOSE GUSTAVO ERAZO, GABISA
INSURANCE COMPANY AND
LIBERTY MUTUAL INSURANCE
COMPANY

NO.  2022 CW 0685

**AUGUST 29, 2022**

---

In Re:    Liberty  Personal  Insurance  Company,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 665938.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT  GRANTED.**  The  trial  court's  May  6,  2022  judgment
vacating in part the October 27, 2021 judgment is reversed. The
plaintiff's "motion to vacate" is an impermissible second motion
for new trial, which the trial court erred as a matter of law in
granting. See **Clark  v.  Board  of  Trustees  of  Clerks  of  Court
Retirement  &  Relief  Fund,**  292  So.2d  874,  876  (La.  App.  1st
Cir.), writ denied sub nom., **Watermeier v. Board of Trustees of
the Clerks of Court Retirement & Relief Fund,** 294 So.2d 836. 876
(La.  1974).  The  plaintiff's  motion  to  vacate  the  October  27,
2021 judgment is denied. These issues may be raised on appeal.

                            **JMM**
                            **PMc**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

---
DEPUTY CLERK OF COURT
    FOR THE COURT